Steven Shobat, Attorney, Chicago, IL, for Defendant-Appellant.

Before DIANE P. WOOD, Circuit Judge, JOHN DANIEL TINDER, Circuit Judge.*

## ORDER

On July 31, 2012, the Supreme Court of the United States granted Pedro Hernandez's petition for a writ of certiorari, vacated this court's judgment in the case, and remanded for further consideration in light of *Dorsey v. United States,* 567 U.S. ——,132 S.Ct. 2321, 183 L.Ed.2d 250 (2012). In accordance with Circuit Rule 54, both parties have filed statements of position setting forth the action that they believe should be taken. The Government concedes that Hernandez was sentenced after August 3, 2010, for an offense involving cocaine base, and that under *Dorsey* he should have been sentenced within the statutory penalties set by the Fair Sentencing Act of 2010. Following the law that then prevailed in this circuit, the district court had not done so. The Government now concedes that this error was not harmless, because the court imposed a sentence at the old mandatory minimum and did not indicate either way whether it would have necessarily given a lower sentence. Hernandez also argues that he is entitled to resentencing in a manner consistent with the Fair Sentencing Act and *Dorsey.*

We agree with the assessments of both parties. We thus VACATE Hernandez's

sentence and REMAND this case to the district court for the Northern District of Illinois for re-sentencing under the Fair Sentencing Act of 2010, as required by *Dorsey.*

So ORDERED.

## UNITED STATES of America, Plaintiff-Appellee,

v.

## Idowu AKIWOWO, also known as Whip, Defendant-Appellant.

### No. 11-1996.

United States Court of Appeals, Seventh Circuit.

Submitted July 31, 2012.

Decided Oct. 3, 2012.

Yasmin Noelle Best, Attorney, Office of the United States Attorney, Chicago, IL, for Plaintiff-Appellee.

---

* Circuit Judge Terence T. Evans was a member of the original panel in this case. He died on August 10, 2011, and thus did not participate in the decision of this case on remand from the Supreme Court. The case is now being resolved by a quorum of the panel under 28 U.S.C. § 46(d).

Jonathan E. Hawley, Federal Public Defender, Office of the Federal Public Defender, Peoria, IL, A. Brian Threlkeld, Attorney, Office of the Federal Public Defender, Urbana, IL, for Defendant–Appellant.

Before DIANE P. WOOD, Circuit Judge, ANN CLAIRE WILLIAMS, Circuit Judge, JOHN DANIEL TINDER, Circuit Judge.

### ORDER

On July 31, 2012, the Supreme Court of the United States granted Idowu Akiwowo's petition for a writ of certiorari, vacated this court's judgment in the case, and remanded for further consideration in light of *Dorsey v. United States*, 567 U.S. ——,132 S.Ct. 2321, 183 L.Ed.2d 250(2012). In accordance with Circuit Rule 54, both parties have filed statements of position setting forth the action that they believe should be taken. Each has recommended that Akiwowo is entitled to resentencing, in light of *Dorsey,* and we agree with that assessment. We thus VACATE Akiwowo's sentence and REMAND this case to the district court for the Northern District of Illinois for re-sentencing under the Fair Sentencing Act of 2010, as required by *Dorsey.*

So ORDERED.